FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 22 2010
JUL 2 2 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Jason Landeen (Pro Per)
4170 E. Lafayette Ave
Gilbert, AZ. 85298
jlandeen@gmail.com
480-772-1300

United States District Court of Arizona

CIV '10 1554 PHX MHM

Jason Landeen

    Plaintiff,

VS.

Washington Mutual Bank, Chase Bank, Chase Home Finance LLC

    Defendant

No.

Complaint

(Declaratory Relief / Quiet Title pursuant to (TILA), 15 U.S.C 1601.) and (HOEPA), Pub.L. 103-325, 108 Stat. 2160.)

**COMES NOW** the Plaintiff, Jason Landeen [hereinafter ], through himself (Pro Per) and hereby submits his complaint against Defendants Washington Mutual Bank, Chase Bank, Chase Home Finance LLC.

## I. Jurisdiction

1. The court has jurisdiction to entertain this matter pursuant to 15 U.S.C. 1601 and (HOEPA), Pub.L. 103-325, 108 Stat. 2160. This is a core proceeding pursuant to (TILA), 15 U.S.C 1601.). and (HOEPA), Pub.L. 103-325, 108 Stat. 2160.

2. Plaintiff is and was during relevant times stated herein, a resident of Maricopa County, Arizona and is the original trustor on Tax Parcel # 313-04-382.

3. Defendant Washington Mutual Bank is a foreign corporation, and upon information and belief is authorized to do, and doing business in Maricopa County, Arizona. Upon information and belief, Washington Mutual Bank claims an interest in the property.

4. Defendant Chase Bank. is a foreign corporation, and upon information and belief is authorized to do, and doing business in Maricopa County, Arizona. Upon information and belief

5. Defendant Chase Home Finance is a foreign corporation, and upon information and belief is authorized to do, and doing business in Maricopa County, Arizona. Upon information and belief, Chase Home Finance claims a beneficial interest in the property.

6. The property that is at issue in this action is located in Maricopa County, Arizona and is more fully described as follows:

    A. Lot 9, of Seville Parcel 20, According to the plat of Record in the office ot the County Recorder Of Maricopa County, Arizona, Recorded in Book 553 of Maps, Page 15 and Book 585 of Maps, Page 12 and affidavit of Correction recorded as 2002-211653 and 2005-543125

B. Maricopa County Recorder's Parcel No. 313-04-382 also known as 4170 E. Lafayette Ave, Gilbert, Arizona 85298

7. Venue is proper pursuant to (TILA), 15 U.S.C 1601.). and (HOEPA), Pub.L. 103-325, 108 Stat. 2160.

## II. Facts and Background

At all relevant times to this adversary proceeding, Jason Landeen"Landeen", the debtor, owned and resided at the single family property located in Gilbert,Arizona. On November 21 2008 Landeen and Washington Mutual Bank executed a "Loan Modification Agreement" in the amount of $583,274.93. The Loan modification agreement was secured by Landeen's home and was not for the initial purchase or construction. Washington Mutual Bank originated this consumer residential mortgage loan.    Chase Home Finance and or Chase Bank subsequently became the assignee of the $583,274.93 loan. Evidenced in the official records of Maricopa County recorders office, as a lien and recorded June 28, 2008 as as Instrument No. 20060870941

In connection with November 21 2008 loan transaction, Landeen signed or received the following document: Loan Modification Agreement (Ex. A). The note was and is secured by a deed of trust, mortgage, applicable riders, addenda or other security instrument ( "Security Instrument") , dated June 23, 2006 and recorded June 28, 2006 as Instrument No. 20060870941 in the official records of Maricopa County recorder (Ex.B), as a lien against the real property described in the Security Instrument, and located at 4170 E. Lafayette Ave. Gilbert, Arizona 85297.

   The subject property is more particularly described as Lot 9, of Seville Parcel 20, According to the plat of Record in the office of the County Recorder Of Maricopa County, Arizona, Recorded in Book 553 of Maps, Page 15 and Book 585 of Maps, Page 12 and affidavit of Correction recorded as 2002-211653 and 2005-543125.

8. The Plaintiff, Landeen alleges that the defendants Washington Mutual Bank and its beneficiary's failed to disclose the required Balloon Note Rider in a clear and conspicuous manner which is direct violation of (TILA), 15 U.S.C 1601.). and (HOEPA), Pub.L. 103-325, 108 Stat. 2160.

   The Loan Modification Agreement recorded as Instrument No. 20060870941 in the official records of Maricopa County, as a lien against the real property described in the Security Instrument, failed to include the required Balloon Note Rider. (Ex.A)

Plaintiff alleges that on pg 2 sec. H on applicable deed of trust, Defendant has checked box for Adjustable Rate Rider, and also checked box for Planned Unit Development Rider. Accompanied to the deed of trust are said applicable riders. Plaintiff asserts that the box for a Balloon Note Rider is not checked nor is there a Balloon Note Rider attached.(Ex. B)

Failure to disclose the required Balloon Note Rider has damaged plaintiff by amounts stated in Prayer.

### III. Applicable Standard

(TILA), 15 U.S.C 1601.). and (HOEPA), Pub.L. 103-325, 108 Stat. 2160.

### Prayer

In accordance with 15 U.S.C. 1601 § 130. (a)(1)(2)   Plaintiff asks for a judgment of twice the amount financed totaling $1,166,548.00.

Or in Accordance with (TILA), 15 U.S.C 1601.). and (HOEPA), Pub.L. 103-325, 108 Stat. 2160.
   Plaintiff asks the court to find that the Loan made in the Amount of $583,274.93 to be rescinded and rendered invalid and unenforceable.

Plaintiff reserves the right to amend complaint

Jason Landeen
4170 E. Lafayette Ave
Gilbert, Arizona, 85298
480-772-1300
jlandeen@gmail.com

## Copy of the Foregoing:

ORIGINAL FILED AND COPIES

DELIVERED THIS 22nd day of July 2010

Sandra Day O'Connor United States Courthouse

401 West Washington Street, Suite 130

Phoenix, AZ. 85003


COPIES OF THE FOREGOING mailed this

_____22nd day of July 2010

To Defendants

Chase Home Finance LLC / Chase Bank

4500 Cherry Creek Drive South Suite 100

Glendale, Co. 80246


Washington Mutual Bank

7255 Baymeadows Way

Jacksonville, FL. 32256

Jason Landeen    Plaintiff